**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ZUJEILY ADORNO MERCADO**<br>**aka ZUJEILI ADORNO MERCADO**<br><br>xxx–xx–0039<br><br>Debtor(s) | Case No. **19–06479 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/12/20 |

*ORDER*

Trustee's objection to claim #15 filed by Asoc de Prop de Praderas de Navarro (docket entry #31), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, June 12, 2020 .

Brian K. Tester
United States Bankruptcy Judge