United States Bankruptcy Court
District of Puerto Rico

In re:  
ZUJEILY ADORNO MERCADO  
    Debtor

Case No. 19-06479-EAG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: centenoa     Page 1 of 3  
Date Rcvd: Feb 23, 2022     Form ID: caserea     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | ZUJEILY ADORNO MERCADO, PRADERAS DE NAVARRO BZN 325 PLATA ST, GURABO, PR 00778 |
| 4781440 | | Asoc de Prop de Praderas de Navarro, 386 Zafiro Street, Gurabo, PR 00778-9057 |
| 4840206 | | Asociacion de Propietarios Praderas de Navarro, PO Box 361541, San Juan PR 00936-1541 |
| 4781441 | | Autoridad de Energia Electrica, PO Box 363508, San Juan, PR 00936-3508 |
| 4781442 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4781444 | + | CASHMAX TITLE LOANS, 3950 N PLACITA DE LA ESCARPA, TUCSON AR 85750-2354 |
| 4781446 | + | Club by Wyndham, 6277 Sea Harbor Dr, Orlando, FL 32821-8027 |
| 4781448 | + | Dish Network, 800 SW 39th/PO Box 9004, Renton, WA 98057-9004 |
| 4781449 | + | Doctor Center Hospital, 1395 Ave San Rafael, Santurce, PR 00909-2518 |
| 4781450 | | EMI EQUITY MORTGAGE INC, C/O WVS LAW LLC, 17 MEXICO STREET SUITE D-1, SAN JUAN PR 00917-2202 |
| 4781451 | | First Bank/Leasing, PO Box 11852, San Juan, PR 00910-3852 |
| 4781452 | | Firstbank PR, PO Box 11856, San Juan, PR 00910-3856 |
| 4781453 | | Firstbank Puerto Rico, PO Box 11856, San Juan, PR 00910-3856 |
| 4788046 | + | PREPA - BANKRUPTCY OFFICE, PO BOX 364267, SAN JUAN PR 00936-4267 |
| 4781455 | | Popular Leasing, PO Box 70370, San Juan, PR 00936-8370 |
| 4781457 | | Sistema de Salud Menonita, Ave Luis Colon Santos Carr 173 Km 1.1, Cidra, PR 00739 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4800260 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 20:06:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4781439 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2022 20:17:44 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 4781443 | + | Email/Text: DAISY.NIEVES@CARIBEFEDERAL.COM | Feb 23 2022 20:01:00 | Caribe Federal Credit Union, 195 O Neill St, San Juan, PR 00918-2404 |
| 4803509 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2022 20:07:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4802843 | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 23 2022 20:04:00 | DEPARTMENT OF TREASURY, BANKRUPTCY SECTION 424 B, PO BOX 9024140, SAN JUAN, PR 00902-4140 |
| 4781447 | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 23 2022 20:04:00 | Departamento de Hacienda, PO Box 9024140, San Juan, PR 00902-4140 |
| 4783946 | | Email/Text: fblegalcounseling@firstbankpr.com | Feb 23 2022 19:59:00 | FIRST BANK, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION (CODE 248), PO BOX 9146, SAN JUAN,PR 00908-0146 |
| 4802546 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2022 20:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4781454 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 20:06:40 | Old Navy Visa/Syncb, PO Box 960017, Orlando, FL 32896-0017 |
| 4791293 | | Email/Text: hildaris.burgos@popular.com | Feb 23 2022 20:03:00 | POPULAR AUTO, BANKRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN |

| | | | |
|---|---|---|---|
| 4781445 | Email/Text: bankruptcy@claropr.com | | PUERTO RICO 00936-6818 |
| | | Feb 23 2022 20:00:00 | Claro, PO Box 360998, San Juan, PR 00936-0998 |
| 4781456 | Email/Text: hildaris.burgos@popular.com | | |
| | | Feb 23 2022 20:03:00 | Popular Leasing, PO Box 362708, San Juan, PR 00936-2708 |
| 4781459 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 23 2022 20:06:11 | Syncb/Rooms to Go, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 4781460 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 23 2022 20:06:11 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4781458 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 23 2022 20:07:10 | Syncb/empresas Berrios, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 4781461 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 23 2022 20:07:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

**Name**             **Email Address**

ALEJANDRO OLIVERAS RIVERA
    aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO)
    on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

CARLOS A PIOVANETTI DOHNERT
    on behalf of Creditor Asociacion Propietarios Praderas de Navarro piovanet@coqui.net

CARLOS E PEREZ PASTRANA
    on behalf of Creditor POPULAR AUTO LLC carlos.perezpastrana@popular.com

JOSE JUAN SANCHEZ-VELEZ
    on behalf of Creditor CASHMAX LLC psanchez@sanchezlrv.com, bankruptcy@bdprlaw.com

MARIA MERCEDES BENABE RIVERA
    on behalf of Creditor FIRSTBANK PUERTO RICO: First Leasing fblegalcounseling@firstbankpr.com

MARICARMEN COLON DIAZ
    on behalf of Creditor FIRSTBANK PUERTO RICO: First Leasing fblegalcounseling@firstbankpr.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

OSMARIE NAVARRO MARTINEZ
    on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

ROBERTO FIGUEROA CARRASQUILLO
    on behalf of Debtor ZUJEILY ADORNO MERCADO rfc@rfigueroalaw.com G9942@notify.cincompass.com

WALLACE VAZQUEZ SANABRIA
    on behalf of Creditor EMI EQUITY MORTGAGE INC wvslawllc@gmail.com

TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**ZUJEILY ADORNO MERCADO**
**aka ZUJEILI ADORNO MERCADO**

xxx–xx–0039

Debtor(s)

Case No. **19–06479 EAG**

Chapter **13**

FILED & ENTERED ON 2/23/22

### *NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST*

Please take notice that the instant case has been reassigned to the Honorable Edward A. Godoy, U.S. Bankruptcy Judge.

In San Juan, Puerto Rico, this **Wednesday, February 23, 2022**.

*Wilma Jaime*
WILMA JAIME
Acting Clerk of the Court

By:*ALVIN CENTENO GONZALEZ*
Deputy Clerk